09- 73243

CAMPEAU GOODSELL SMITH
A Law Corporation
SCOTT L. GOODSELL, SBN 122223
WILLIAM J. HEALY, SBN 146158
440 N. First Street, Suite 100
San Jose, California  95112
(408) 295-9555

Attorneys for Debtor/Appellant
    KIDS CONNECTION, INC.

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>KIDS CONNECTION, INC.,<br><br>                    Petitioner<br><br>v.<br><br>BURLINGAME CAPITAL<br>PARTNERS II LP,<br><br>                    Respondent. | Court of Appeals<br>Case No. |
| In re:<br><br>KIDS CONNECTION, INC.,<br><br>                    Appellant<br><br>v.<br><br>BURLINGAME CAPITAL<br>PARTNERS II, LP,<br><br>                    Appellee. | District Court<br>Case No.  C-09-4195-MMC<br><br>**PETITIONER KIDS<br>CONNECTION'S<br>PETITION FOR WRIT OF<br>MANDAMUS<br>CLARIFICATION** |

1

Petitioner/Appellant Kids Connection clarifies, at the court's requests, that its EMERGENCY EX PARTE APPLICATION FOR STAY PENDING APPEAL, filed with this court on October 13, 2009, was filed as a Writ Of Mandamus.

DATED: October 13, 2009          CAMPEAU GOODSELL SMITH

By ___/s/ William J. Healy___
   William J. Healy
   Attorneys for Petitioner/Appellant

2