FILED

UNITED STATES COURT OF APPEALS

OCT 22 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: KIDS CONNECTION, INC. | No. 09-73243 |
| KIDS CONNECTION, INC., Debtor, | D.C. No. 3:09-cv-04195-MMC<br>Northern District of California,<br>San Francisco |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, | |
| Respondent, | |
| BURLINGAME CAPITAL PARTNERS II, L.P., | |
| Real Party in Interest. | |

Before:  TROTT, W. FLETCHER and RAWLINSON, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus.  *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition is denied.

**DENIED.**

LL/MOATT